UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

    Criminal No. 19-cr-20626

    Hon. Nancy G. Edmunds

D-1, Emanuele Palma,

    Defendant.

_____/

## **DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT**

    I, Emanuele Palma, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1** 18 U.S.C § 371      Up to 5 Years and/or a $250,000 fine.

**Counts 2-7** 41 U.S.C § 7413(c)(2)(A)    Up to 2 Years and/or a $250,000 fine, for each count.

**Counts 8-11** 18 U.S.C § 1343      Up to 20 Years and/or a $250,000 fine, for each count.

**Counts 12-13** U.S.C § 1001(a):   Up to 5 Years and/or a $250,000 fine, for each count.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

X _____
Emanuele Palma
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 9/25/19

_____
Defense Counsel  KENNETH M. MOGILL
                 P17865