UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

                        CASE NO. 2:19-cr-20626-NGE-DRG

v.

EMANUELE PALMA,

        Defendant.
_____/

## JOINT MOTION FOR AN AMENDED PROTECTIVE ORDER BASED ON STIPULATION

In light of the Court's Opinion and Order dated November 17, 2020 requiring production of materials belonging to the California Air Resources Board ("CARB") that fall within the scope of *Brady* and Rule 16, the parties are seeking an amended Order protecting from disclosure those materials to be provided by the CARB.

A stipulation and proposed order will be submitted separately through the utilities function on the Court's ECF system.

Dated: March 12, 2021

2

/s/    Henry P. Van Dyck
HENRY P. VAN DYCK
Principal Assistant Chief
U.S. Department of Justice
Criminal Division, Fraud Section

/s/    Timothy J. Wyse
TIMOTHY J. WYSE
Assistant United States Attorney
Eastern District of Michigan

/s/    Todd W. Gleason
TODD W. GLEASON
Senior Trial Attorney
U.S. Department of Justice
Environmental Crimes Section
Environmental and Natural Resources Division

/s/    Greg D. Andres
Attorneys for Defendant
GREG D. ANDRES
NEIL H. MACBRIDE
PAUL J. NATHANSON
Davis Polk & Wardwell LLP

/s/    Kenneth M. Mogill
KENNETH M. MOGILL
Mogill, Posner & Cohen