UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 EMANUELE PALMA,
D-2 SERGIO PASINI, AND
D-3 GIANLUCA SABBIONI,

    Defendants.
_____/

Criminal No. 19-cr-20626

Honorable Nancy G. Edmunds

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL SUPERSEDING INDICTMENT (ECF No. 64)**

The United States of America hereby moves for an order unsealing the Superseding Indictment in this case, and states:

1. The Superseding Indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Superseding Indictment be unsealed because the government has taken steps to reduce its concern about risk of flight, which was the basis for the original sealing.

WHEREFORE, the government requests this Court to issue an order unsealing the Superseding Indictment.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*s/Timothy Wyse*
Timothy J. Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9144
Timothy.Wyse@usdoj.gov

Dated: April 19, 2021

**IT IS SO ORDERED.**

**s/ Nancy G. Edmunds**
Nancy G. Edmunds
United States District Judge

Entered: April 19, 2021