UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMANUELE PALMA,

    Defendant.

_____/

Case No. 19-20626

Honorable Nancy G. Edmunds

**ORDER DENYING JOINT MOTION FOR PROPOSED
JURY SELECTION PROCEDURES WITHOUT PREJUDICE [72]**

Defendant Emanuele Palma is charged in a first superseding indictment with one count of conspiracy to defraud the United States and violate the Clean Air Act in violation of 18 U.S.C. § 371 (Count 1); six counts of violations of the Clean Air Act under 42 U.S.C. § 7413(c)(2)(A) (Counts 2-7); and two counts of making false statements in violation of 18 U.S.C. § 1001(a) (Counts 9-10).[1] (ECF No. 64.) Trial is currently scheduled to begin on March 1, 2022. The matter is before the Court on the parties' joint motion for proposed jury selection procedures. (ECF No. 72.) The parties propose in part that prospective jurors be assembled at the courthouse prior to jury selection and asked to complete a supplemental questionnaire. For the reasons stated on the record at the July 29, 2021 hearing, the Court is not inclined to have prospective jurors complete a supplemental questionnaire. Accordingly, the joint motion for proposed jury selection procedures is

---

[1] The superseding indictment also charged Defendant with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (Count 8), but the Court dismissed that charge in an order entered this date.

DENIED without prejudice.  If the parties continue to believe a supplemental questionnaire is necessary, they may renew their motion at a later date.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: October 28, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2021, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager