UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

    CASE NO. 2:19-cr-20626-NGE-DRG

    Honorable Nancy G. Edmunds

**EMANUELE PALMA,**

    Defendant

_____/

## ORDER

Before this Court is the United States' Motion for a Rule 17(c) Subpoena ("Motion"), in which the United States asks this Court to issue a subpoena duces tecum that will require production of records from the California Air Resources Board ("CARB"), subject to the Amended Protective Order and Rule 502(d) Order governing discovery in this case. The defendant, Emanuele Palma, does not object to the Motion. CARB, a non-party in this criminal case, opposes the Motion.

Finding that the United States must collect the requested documents from CARB in order to comply with this Court's September 12, 2022 Amended Order, and for the reasons stated in the Motion, the Motion is **GRANTED** and it is hereby

1

**ORDERED** that the United States is authorized to issue the subpoena attached to the Motion as Exhibit A; and it is further **ORDERED** that the CARB documents produced in response to the subpoena shall be produced directly to the offices of the United States Department of Justice, Criminal Division, Fraud Section, at 1400 New York Ave. NW, Washington, D.C. 20005 **within ten (10) days**.

IT IS SO ORDERED this 13th day of October, 2022.

                                                  s/David R. Grand
                                                  HONORABLE DAVID R. GRAND
                                                  UNITED STATES MAGISTRATE JUDGE