UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                      No. 2:19-cr-20626-NGE

EMANUELE PALMA,               HON. DAVID R. GRAND

        Defendant.
_____/

## Order Sealing Exhibit

Having reviewed Defendant Emanuele Palma's Motion to Seal and finding that the exhibits identified in Attachment A to that motion likely contain Protected Information, namely materials obtained from the Environmental Protection Agency, it is hereby ordered that the exhibits identified in Attachment A to that motion shall be sealed.

    IT IS SO ORDERED.

Dated: November 18, 2022

                                                  s/David R. Grand
                                                  DAVID R. GRAND
                                                  U.S. Magistrate Judge