UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                         Case No. 2:19-cr-20626-NGE-DRG
                                         Hon. Nancy G. Edmunds

Emanuele Palma, et al.,

                    Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Emanuele Palma

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING: July 19, 2023 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                     By: s/L. Bartlett
                                                                         Case Manager

Dated: July 12, 2023