UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

CASE NO. 2:19-cr-20626-NGE-DRG

v.

EMANUELE PALMA,

Defendant

_______________________________/

**STIPULATION FOR ORDER MODIFYING DEFENDANT EMANUELE PALMA'S CONDITIONS OF RELEASE AND PERMIT TRAVEL**

The parties have conferred and agree, subject to the Court's judgment, to the entry of an order modifying the conditions of defendant Emanuele Palma's pretrial release (ECF No. 7.) as follows:

1. Mr. Palma was released on a $10,000 unsecured bond following his initial appearance on September 24, 2019. (ECF No. 8.). Condition (7)(g) of the Release Order initially provided that Mr. Palma may not travel outside the state of Michigan without the "previous consent of the pretrial services office, supervising officer or the court." (ECF No. 7.). Condition (7)(e) required Mr. Palma to surrender his passport or any other international travel document to the Pretrial Services Office,

and Condition (7)(f) required Mr. Palma not to obtain a passport or any other international travel document.

2. On February 1, 2023, on the parties' stipulation, the Court modified Condition (7)(g) to allow Mr. Palma to travel within the continental United States without receiving the prior consent of the Pretrial Services Office. (ECF Nos. 196 &197.).

3. Mr. Palma has, at all times, adhered to the terms of his pretrial release since they were initially imposed on September 24, 2019. The Pretrial Services Office has twice relaxed Mr. Palma's reporting requirements —first in December 2019, when it allowed him to submit his monthly reporting online, and again in February 2021, when it lifted his monthly reporting obligations altogether.

4. Mr. Palma is in the process of relocating his family from the Eastern District of Michigan to Italy. With the Court's permission, he intends to travel to Italy in order to help his family settle there. Mr. Palma will continue to abide by all conditions of his pretrial release, including reporting as directed by the Court.

5. Under these circumstances, Conditions (7)(e), 7(f), and (7)(g) should be modified to allow Mr. Palma to take possession of his passport and

travel between the United States and Italy on dates and with specific travel plans as disclosed to and approved by the Pretrial Services Office. Given Mr. Palma's record of compliance, this modification is the "least restrictive further condition" that "will reasonably assure" his appearance at trial or, in this case, sentencing. 18 U.S.C. § 3142(c)(1)(B); *see also United States v. Vasilakos*, 508 F.3d 401, 410 (6th Cir. 2007).

The proposed Order based on this Stipulation is being submitted through the ECF Utilities function.

SO STIPULATED.

Dated: July 19, 2023

/s/ *John K. Neal*
JOHN K. NEAL
Chief, White Collar Crime Unit
Assistant United States Attorney
TIMOTHY J. WYSE
Assistant United States Attorney
Eastern District of Michigan

/s/ *Michael T. O'Neill*
MICHAEL T. O'NEILL
Assistant Chief
U.S. Department of Justice
Criminal Division, Fraud Section

/s/ *Todd W. Gleason*
TODD W. GLEASON
Senior Litigation Counsel
U.S. Department of Justice
Environmental Crimes Section
Environmental and Natural Resources Division

/s/ *Greg D. Andres*
Attorneys for Defendant
GREG D. ANDRES
PAUL J. NATHANSON
UZO ASONYE
Davis Polk & Wardwell
LLP

/s/ *Kenneth M. Mogill*
KENNETH M. MOGILL
Mogill, Posner & Cohen

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**CASE NO. 2:19-cr-20626-NGE-DRG**

**v.**

**EMANUELE PALMA,**

**Defendant**

______________________________/

**ORDER MODIFYING CONDITIONS OF RELEASE AND PERMITTING TRAVEL**

On the stipulation of the parties, Conditions (7)(e), 7(f), and (7)(g) of the Order Setting Conditions of Release as to Defendant Emanuele Palma, (ECF No. 7), are modified as follows: Defendant Emanuele Palma may take possession of his passport from the Pretrial Services Office for the purpose of traveling between the United States and Italy with the prior consent of the Pretrial Services Office and after providing the Pretrial Services Office with such information regarding his travel plans as it requests of him.

Dated: July 19, 2023

______________________________________

HON. NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE